

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00513-CR

Marcos **MELENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7816
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

  The State's motion for extension of time to file the brief is GRANTED. Time is extended to January 21, 2015.

_Catherine Stone_
Catherine Stone, Chief Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court